STAMPERS ARRIVAL OF BUYERS, INC., Respondent, *v.* CITY OF NEW YORK et al., Appellants.

Argued June 4, 1946; decided July 23, 1946.

*John J. Bennett, Corporation Counsel (Isaac C. Donner, Ira Wollison* and *Harry Katz* of counsel), for appellants.
*James J. Crisona* for respondent.

Judgment affirmed, with costs; no opinion. [See 296 N. Y. 668.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and FULD, JJ. Taking no part: THACHER. and DYE, JJ.